**Order entered February 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00189-CR

### THOMAS ANDERSON GIROUX, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 069348**

## ORDER

Appellant filed a timely pro se notice of appeal on February 12, 2019.

We **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in this appeal. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine whether appellant will retain counsel to represent him in the appeal and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with the order.  The appeal will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


        /s/      BILL PEDERSEN, III
                    JUSTICE